## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

David Arendt
                      Plaintiff,

v.
                                                     Case No.: 1:22–cv–00749
                                                     Honorable Rebecca R. Pallmeyer

Netradyne, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 16, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to notice [20], Plaintiff's individual claims are voluntarily dismissed with prejudice. This dismissal is without prejudice as to any absent putative class members. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.